UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TEOBALDO PUENTE,<br><br>　　　　　　Defendant. | CASE NO.:  21CR0162-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

　　　Pursuant to the joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for April 2, 2021 at 1:30 p.m. be continued to May 7, 2021 at 1:30 p.m. before Honorable Janis L. Sammartino. Defendant shall file an acknowledgement of the new hearing date by April 16, 2021.

　　　For the reasons set forth in the joint motion, the court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(1)(D).

　　　**SO ORDERED.**

Dated:  March 26, 2021

　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

21CR0162-JLS